STATE OF MINNESOTA

IN SUPREME COURT

A15-0768



July 23, 2015

OFFICE OF
APPELLATE COURTS

In re Petition for Disciplinary Action against
William Michael Sheahan, a Minnesota Attorney,
Registration No. 0288123.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent William Michael Sheahan has committed professional misconduct warranting public discipline, namely, assisting his client in the fraudulent transfer of assets during a lawsuit; failing to inform opposing counsel of an asset purchase agreement and its impact on his client's ability to honor a settlement agreement; making false statements in response to discovery requests and failing to produce information sought in discovery; manufacturing documents to falsify evidence payment made by his clients and producing them in discovery; and failing to provide information sought by the Director, in violation of Minn. R. Prof. Conduct 1.2(d), 3.1, 3.3(a)(1) and (3), 3.4(a) and (b), 4.1, 8.1, 8.4(c) and (d), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

Respondent waives his rights under Rule 14, RLPR, unconditionally admits the allegations in the petition, and with the Director recommends that the appropriate discipline is an indefinite suspension with no right to petition for reinstatement for 9 months.

1

The court has independently reviewed the file and approves the recommended disposition.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1. Respondent William Michael Sheahan is indefinitely suspended from the practice of law, effective 14 days from the date of the filing of this order, with no right to petition for reinstatement for 9 months.

2. Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

3. Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR. Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR.

Dated: July 23, 2015

BY THE COURT:

Alan C. Page
Associate Justice

2